IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In Re:

Melissa Arletta Hogan
FKA Melissa Singleton

Debtor(s)

1005 Clarkson Street
Rock Hill, SC 29730

Last four digits of Social-Security or Individual
Tax-Payer-Identification (ITIN) No(s).,
xxx-xx-6536

Case Number 18-05693
Chapter 13

APPLICATION FOR SUSPENSION OF PAYMENTS UNDER CHAPTER 13 PLAN

Pursuant to 11 USC § 1329, debtor(s) request that the Court order suspension of payments under the debtor's Chapter 13 Plan. Debtor(s) request that payments be suspended until July 2020.

Debtor requests suspension of payments for the following reason:

Debtor needs the moratorium because Coronavirus has caused debtor's household income to temporarily decrease.

O'STEEN LAW FIRM, LLC
/s/ F. Lee O'Steen
F. Lee O'Steen
P.O. Box 36534, Rock Hill, SC 29732
(803) 327-5300; (803) 327-5250 (fax)
lee@osteenlawfirm.com

April 6, 2020

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In Re:

Melissa Arletta Hogan
FKA Melissa Singleton

Case Number 18-05693
Chapter 13

Debtor(s)

1005 Clarkson Street
Rock Hill, SC 29730

Last four digits of Social-Security or Individual
Tax-Payer-Identification (ITIN) No(s).,
xxx-xx-6536

NOTICE OF MOTION/APPLICATION AND OPPORTUNITY FOR HEARING

TAKE NOTICE that the Debtor(s) filed an Application for Suspension of Payments Under Chapter 13 Plan.

A copy of the Application and a proposed order accompanies this notice.

TAKE FURTHER NOTICE that any responses, return and/or objection to this application, should be filed with the Clerk of Bankruptcy Court no later than twenty-one (21) days from service of application and a copy simultaneously served on all parties in interest.

TAKE FURTHER NOTICE that no hearing will be held on this application unless a response, return and/or objection is timely filed and served, in which case the Court will conduct a hearing on May 28, 2020 at 10:30 AM, at the   Donald Stuart Russell Federal Courthouse, 201 Magnolia Street, Spartanburg, SC 29306-2355.  No further notice of this hearing will be given.

Dated this April 6, 2020

/s/F. Lee O'Steen, #8032_____
O'Steen Law Firm, LLC
Attorney for Debtor(s)
P.O. Box 36534, Rock Hill, SC 29732
Phone (803) 327-5300; Fax (803) 327-5250
lee@osteenlawfirm.com

Address of Court for filing response:
J. Bratton Davis
U.S. Bankruptcy Courthouse
1100 Laurel Street
Columbia, SC 29201-2423

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In Re:

Melissa Arletta Hogan
FKA Melissa Singleton

Case Number 18-05693
Chapter 13

Debtor(s)

1005 Clarkson Street
Rock Hill, SC 29730

Last four digits of Social-Security or Individual
Tax-Payer-Identification (ITIN) No(s).,
xxx-xx-6536

CERTIFICATE OF SERVICE BY MAIL

I hereby certify that I have on April 6, 2020 served a copy of the Notice of Motion/Application and Opportunity for Hearing, the Application for Suspension of Payments Under Chapter 13 Plan and the Proposed Order on all parties on the attached mailing list by mailing copies thereof by United States Postal Service properly addressed and first-class postage prepaid.

O'STEEN LAW FIRM, LLC
/s/ F. Lee O'Steen
F. Lee O'Steen
P.O. Box 36534
Rock Hill, SC 29732
(803) 327-5300
(803) 327-5250 (fax)
lee@osteenlawfirm.com

April 6, 2020

```
Label Matrix for local noticing         AES/PHEAA                                AES/PHEAA
0420-7                                  1112 7th Ave                             Attn: Bankruptcy
Case 18-05693-hb                        Monroe WI 53566-1364                     1200 North 7th St
District of South Carolina                                                       Harrisburg PA 17102-1419
Spartanburg
Mon Apr  6 08:13:36 EDT 2020

AMCA                                    American Profit Recovery                 American Profit Recovery
PO Box 1235                             34405 W. 12 Miled Rd                     34505 W 12 Mile Rd Ste 3
Elmsford NY 10523-0935                  Ste 379                                  Farmington Hills MI 48331-3288
                                        Farmington MI 48331-5608


American Profit Recovery                Anesthesia Associates of Rock Hill       Ashley Funding Services, LLC
Attn: Bankruptcy                        PO Box 516                               Resurgent Capital Services
34505 W 12 Mile Road #333               Columbia SC 29202-0516                   PO Box 10587
Farmington Hills MI 48331-3288                                                   Greenville, SC 29603-0587


Linda Barr                              Bottom Line Books                        Boyne Pediatric Dentistry
Office of United States Trustee         PO Box 11014                             1562 Constitution Blvd Suite 102
1835 Assembly Street                    Des Moines IA 50336                      Rock Hill SC 29732-3540
Suite 953
Columbia, SC 29201-2448


Brock & Scott, PLLC                     (p)CAPITAL ONE                           Capital One
3800 Fernandina Rd, Ste 110             PO BOX 30285                             Attn: Bankruptcy
Columbia SC 29210-3838                  SALT LAKE CITY UT 84130-0285             Po Box 30285
                                                                                 Salt Lake City UT 84130-0285


Capital One Bank (USA), N.A.            Chase Bank USA, N.A.                     (p)JPMORGAN CHASE BANK  N A
PO Box 71083                            c/o Robertson, Anschutz & Schneid, P.L.  BANKRUPTCY MAIL INTAKE TEAM
Charlotte, NC  28272-1083               6409 Congress Avenue, Suite 100          700 KANSAS LANE FLOOR 01
                                        Boca Raton, FL 33487-2853                MONROE LA 71203-4774


Chase Card Services                     Molly H Cherry                           Credit Control
Po Box 901003                           Nexsen Pruet, LLC                        PO Box 488
Ft Worth TX 76101-2003                  PO Box 486                               Hazelwood MO 63042-0488
                                        Charleston, SC 29402-0486


DISH Network                            A. Todd Darwin                           (p)DELL FINANCIAL SERVICES
PO Box 94063                            P.O. Drawer 1897                         P O BOX 81577
Palatine IL 60094-4063                  Spartanburg, SC 29304-1897               AUSTIN TX 78708-1577


Equifax Information Services LLC        Experian                                 (p)US DEPARTMENT OF HOUSING AND URBAN DEVELOP
PO Box 740256                           PO Box 2002                              ATTN ROBERT ZAYAC
Atlanta GA 30374-0256                   Allen TX 75013-2002                      40 MARIETTA ST SUITE 300
                                                                                 ATLANTA GA 30303-2812


FMA Alliance                            Family Trust Fcu                         Family Trust Federal Credit Union
PO Box 2409                             1615 Progress Way                        PO Drawer 10233
Houston TX 77252-2409                   Rock Hill SC 29730-7083                  Rock Hill SC 29731-0233
```

| | | |
|---|---|---|
| FedLoan Servicing<br>Attn: Bankruptcy<br>Po Box 69184<br>Harrisburg PA 17106-9184 | FedLoan Servicing<br>Po Box 60610<br>Harrisburg PA 17106-0610 | Figi's Companies Inc<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 |
| Figi's Inc<br>PO Box 8090<br>Marshfield WI 54449-8090 | Founders Federal Credi<br>607 N Main St<br>Lancaster SC 29720-2137 | Founders Federal Credit Union<br>737 Plantation Road<br>Lancaster SC 29720-5808 |
| (p)FROST ARNETT<br>BANKRUPTCY DEPARTMENT<br>PO BOX 198988<br>NASHVILLE TN 37219-8988 | GC Services Limited Partnership<br>PO Box 5220<br>San Antonio TX 78201-0220 | George Conits<br>U.S. Attorney General Office<br>55 Beattie Place, Suite 700<br>Greenville SC 29601-2168 |
| Suzanne Taylor Graham Grigg<br>Nexsen Pruet, LLC<br>PO Drawer 2426<br>Columbia, SC 29202-2426 | Melissa Arletta Hogan<br>1005 Clarkson Street<br>Rock Hill, SC 29730-4820 | Gretchen D. Holland<br>Ch. 13 Trustee Office<br>20 Roper Corners Circle, Suite C<br>Greenville, SC 29615-4889 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | John Casablancas Center<br>810 Tyvola Rd #100<br>Charlotte NC 28217-3589 | Lab Corp<br>PO Box 2240<br>Burlington NC 27216-2240 |
| Labtech Diagnostics<br>1502 E Greenville St.<br>Anderson SC 29621-2005 | Mark T Lavery<br>Law Solutions Chicago LLC<br>dba UpRight Law LLC<br>79 W Monroe St 10th Floor<br>Chicago, IL 60603-4901 | MRS Associates<br>1930 Olney Ave.<br>Cherry Hill NJ 08003-2016 |
| Travis E. Menk<br>Brock & Scott, PLLC<br>8757 Red Oak Blvd.<br>Suite 150<br>Charlotte, NC 28217-3977 | NCB Management Services<br>1 Allied Dr<br>Trevose PA 19053-6945 | NCB Management Services<br>Attn: Bankruptcy<br>One Allied Drive<br>Trevose PA 19053-6945 |
| National Education<br>PO Box 410318<br>Saint Louis MO 63141-0318 | Navient<br>Attn: Bankruptcy<br>Po Box 9000<br>Wiles-Barr PA 18773-9000 | Navient<br>Po Box 9500<br>Wilkes Barre PA 18773-9500 |
| Navient Solutions, LLC. on behalf of<br>Texas Guaranteed Student Loan Corporatio<br>DBA Trellis Company<br>PO BOX 83100<br>Round Rock, TX 78683-3100 | North Carolina Department of Revenue<br>Angela C. Fountain Bankruptcy Manager<br>Collections Examination Division<br>P.O. Box 1168<br>Raleigh NC 27602-1168 | North Shore Agency<br>PO Box 758<br>Neenah WI 54957-0758 |
| F. Lee O'Steen<br>O'Steen Law Firm, LLC<br>PO Box 36534<br>Rock Hill, SC 29732-0509 | ONEMAIN FINANCIAL<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | OneMain Financial<br>2736 Celanese Road<br>Rock Hill SC 29732-8440 |

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

PennyMac Loan Services, LLC
3043 Townsgate Road, #200
Westlake Village, CA 91361-3027

PennyMac Loan Services, LLC
P.O. Box 2410
Moorpark, CA 93020-2410

Pennymac Loan Services
6101 Condor Dr
Moorpark CA 93021-2602

Pennymac Loan Services
Attn: Bankruptcy
Po Box 514387
Los Angeles CA 90051-4387

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Portfolio Recovery
Po Box 41021
Norfolk VA 23541-1021

Portfolio Recovery Asso.
PO Box 12914
Norfolk VA 23541-0914

Radius
PO box 390846
Minneapolis MN 55439-0846

South Carolina Attorney General
Honorable Alan Wilson
P.O. Box 11549
Columbia SC 29211-1549

South Carolina Department of Revenue
P.O. Box 12265
Columbia SC 29211-2265

Southwest Credit System
5910 W Plano Pkwy ste 100
Plano TX 75093-2202

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

Synchrony Bank
PO box 960061
Orlando FL 32896-0061

(p)T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

Trans Union Corporation
PO Box 2000
Crum Lynne PA 19022

True Health Diagnostics
PO Box 205401
Frisco TX 75034

US Trustee's Office
Strom Thurmond Federal Building
1835 Assembly St.
Suite 953
Columbia, SC 29201-2448

U.S. Department of Education
C/O FedLoan Servicing
P.O. Box 69184
Harrisburg PA 17106-9184

U.S. Department of Justice
950 Pennsylvanie Avenue, NW
Washington DC 20530-0001

US Attorney For SC
1441 Main Street
Columbia SC 29201-2862

UpRight Law
79 W Monroe St
10th Floor
Chicago, IL 60603-4952

Upright Law
79 W. Monrow St.
Chicago IL 60603-4952

Veridia Diagnostics
Dept CH 19669
Palatine IL 60055-0001

Verizon
by American InfoSource as agent
PO Box 248838
Oklahoma City, OK  73124-8838

Verizon Wireless
Attn: Verizon Wireless Bankruptcy Admini
500 Technology Dr, Ste 550
Weldon Spring MO 63304-2225

Verizon Wireless
Po Box 650051
Dallas TX 75265-0051

Wells Fargo
Corporate Payroll
625 Marquette Ave
Minneapolis MN 55402-2308

York County Clerk of Court
PO Box 649
York SC 29745-0649

York County Master in Equity
PO Box 627
York SC 29745-0627