# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | C/A No. 18-05693-HB |
| Melissa Arletta Hogan, | Chapter 13 |
| Debtor(s). | **ORDER** |

**TAKE NOTICE** that on April 20, 2020, the United States Trustee filed a Statement Regarding Upright's Discovery Responses.[1]  Any response to the pleading by Deighan Law LLC, f/k/a Law Solutions Chicago LLC, and doing business in South Carolina as Upright Law must be filed with the Court and served on the UST by **May 8, 2020**.  The Court may schedule a hearing on this matter only if necessary after a review of the filed pleadings.

**AND IT IS SO ORDERED.**

**FILED BY THE COURT**
**04/22/2020**



Entered: 04/22/2020

Chief US Bankruptcy Judge
District of South Carolina

---

[1] ECF No. 164.