# United States Bankruptcy Court
## District of South Carolina

IN RE:

Melissa Arletta Hogan
1005 Clarkson Street
Rock Hill, SC  29730

CASE NO.: 18-05693-hb
CHAPTER 13

DEBTOR

## ORDER

This matter is before the Court on the debtor's request for a Moratorium. Following consideration of this matter,

IT IS ORDERED that the Moratorium requested is allowed. However, should the Debtor fail to make the regular payment due July 06, 2020, this case may be dismissed without further notice or hearing upon the request of the Trustee.

IT IS SO ORDERED.

**FILED BY THE COURT**
**05/04/2020**



Chief US Bankruptcy Judge
District of South Carolina

Entered: 05/04/2020

Attorney for Debtor:

F. Lee O'steen, Esq.
O'steen Law Firm, LLC
PO Box 36534
Rock Hill, SC  29732-0509