## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

IN RE:

Melissa Arletta Hogan,

Debtor(s).

C/A No. 18-05693-HB

Chapter 13

**ORDER**

   **TAKE NOTICE** that on May 11, 2020, the United States Trustee filed a Motion to Compel Deighan Law LLC to Respond to Discovery.[1]  Any response to the pleading by Deighan Law LLC, f/k/a Law Solutions Chicago LLC, and doing business in South Carolina as Upright Law must be filed with the Court and served on the UST by **June 1, 2020**.  The Court may schedule a hearing on this matter only if necessary after a review of the filed pleadings.

   **AND IT IS SO ORDERED.**

**FILED BY THE COURT**
**05/19/2020**



Chief US Bankruptcy Judge
District of South Carolina

Entered: 05/19/2020

---

[1] ECF No. 171.