# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0420–7 | User: admin | Date Created: 11/23/2020 |
| Case: 18–05693–hb | Form ID: 950BNC | Total: 14 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | US Trustee's Office | USTPRegion04.CO.ECF@usdoj.gov |
| tr | Gretchen D. Holland | ecf@upstate13.com |
| aty | A. Todd Darwin | tdarwin@holcombebomar.com |
| aty | F. Lee O'Steen | lee@osteenlawfirm.com |
| aty | Gentry Collins | gentry.collins@brockandscott.com |
| aty | Linda Barr | linda.k.barr@usdoj.gov |
| aty | Robert B. Wallace | bwallace@nexsenpruet.com |
| aty | Suzanne Taylor Graham Grigg | sgrigg@nexsenpruet.com |
| aty | Travis E. Menk | travis.menk@brockandscott.com |

TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Melissa Arletta Hogan | 1005 Clarkson Street | Rock Hill, SC 29730 | |
| cr | PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 | |
| cr | PennyMac Loan Services, LLC | 3043 Townsgate Road, #200 | Westlake Village, CA 91361 | |
| res | UpRight Law | 79 W Monroe St | 10th Floor | Chicago, IL 60603 | |
| aty | Mark T Lavery | Law Solutions Chicago LLC | dba UpRight Law LLC | 79 W Monroe St 10th Floor | Chicago, IL 60603 |

TOTAL: 5