**950BNC**

**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 18–05693–hb     Chapter: 13

**In re:**
Melissa Arletta Hogan
fka Melissa Singleton

| Entered By The Court 11/23/20 | ORDER | Filed By The Court 11/23/20 Laura A. Austin Clerk of Court US Bankruptcy Court |

Order Continuing Motion for Protective Order. The Matter is Continued. AND IT IS SO ORDERED. Signed by: Chief Judge Helen E. Burris, US Bankruptcy Court – District of South Carolina (related document(s)214). Hearing scheduled for 12/9/2020 at 10:00 AM at Spartanburg. The case judge is Helen E. Burris.

Chief United States Bankruptcy Judge